THERESA STORM et al., Appellants, *v.* SOPHIA McGROVER et al., Individually and as Administrators of CAROLINE PREISS, Deceased, et al., Respondents.

Reported below, 70 App. Div. 33.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1902, reversing an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the ground that the appeal had been erroneously taken, the Court of Appeals not having jurisdiction to entertain the same.

*Robert H. Barnett* for motion.

*Eugene Cohn* and *Frank M. Patterson* opposed.

Motion denied, without costs.